# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

No.   21-mj-02126 McAliley

**UNITED STATES OF AMERICA**

v.

**OBER WILMAR,**
**JOSE ULIVAR CASTILLO GUERRERO, and**
**CLIMACO BOLIVAR IBARRA WASAMAND,**

    **Defendants,**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___Yes  _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  *Michele S. Vigilance*
Michele S. Vigilance
Assistant United States Attorney
Court ID No. A5502091
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Tel: (305) 432-1406
Email: michele.vigilance@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>OBER WILMAR, JOSE ULIVAR CASTILLO GUERRERO, and CLIMACO BOLIVAR IBARRA WASAMAND.<br>*Defendant(s)* | Case No. 21-mj-02126 McAliley |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about December 31, 2020, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| T t e 46, Un ted States Code, Sect ons 70503(a)(1) and 70506(b) | Consp racy to possess w th ntent to d str bute a contro ed substance, wh e on board a vesse subject to the jur sd ct on of the Un ted States, n v o at on of 46 U.S.C. § 70503(a)(1); a n v o at on of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), t s further a eged that th s v o at on nvo ved f ve (5) or more k ograms of a m xture and substance conta n ng a detectab e amount of coca ne. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Joseph Dalessio*
Complainant's signature

FBI Special Agent Joseph Dalessio
Printed name and title

Attested to in accordance with the requirements
of Federal Rule of Criminal Procedure 4.1 by Face Time

Date: January 23, 2021

*Chris McAliley*
Judge's signature

City and state: Miami, Florida

Hon. Chris M. McAliley, United States Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Joseph Dalessio, being duly sworn, hereby depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am currently assigned as a Special Agent with the Federal Bureau of Investigation ("FBI") in Miami, Florida and have been employed as such since January of 2019. I am currently assigned to the South Florida High Intensity Drug Trafficking Area ("HIDTA") Task Force. As an FBI Special Agent, I am empowered by law to conduct investigations of federal narcotics trafficking offenses and other federal crimes. I have been trained on the subject of narcotics trafficking and have been personally involved in investigations concerning narcotics trafficking, violent crimes, and organized criminal enterprises. I am familiar with the ways in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing narcotics. As a law enforcement officer within the meaning of Section 2510 (7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21, and 46 of the United States Code.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against OBER WILMAR, JOSE ULIVAR CASTILLO GUERRERO, and CLIMACO BOLIVAR IBARRA WASAMAND for knowingly and willfully conspiring to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. The statements contained in this Affidavit are based upon my personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records obtained during the course of this investigation. I have not included in

this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of a criminal complaint against as requested herein.

## **PROBABLE CAUSE**

4. On or about December 31, 2020, a United States Coast Guard (USCG) helicopter was on routine patrol in the Eastern Pacific Ocean, 90 nautical miles southeast of Isla de Malpelo, Colombia and detected a Go Fast Vessel (GFV). The GFV displayed no insignia of nationality, was located in international waters on a route frequently used by drug smuggling operations, and had visible packages or bales of suspected contraband, multiple fuel drums and outboard engines on deck. Consequently, Coast Guard personnel suspected that it was involved in illicit maritime activity.

5. United States Coast Guard Cutter Spencer received authorization to board the GFV and began to approach the vessel. The Coast Guard then observed the crew throwing the packages from the GFV. Shortly thereafter, the GFV caught fire and Coast Guard personnel saw the three occupants of the GFV in the water. The occupants were then rescued by USCG personnel.

6. When one of the occupants of the GFV reported that a fourth person had fallen overboard, the USCG personnel onboard the helicopter reviewed Forward Looking Infrared (FLIR) video footage to corroborate the occupant's claims. USCG personnel then confirmed that there had only been three people on board the vessel.

7. USCG personnel then returned to the burned and sinking GFV to retrieve 24 bales from the jettison field and the area where the boat was sinking. The 24 bales included approximately 18 bales of suspected marijuana and 6 bales of suspected cocaine. USCG personnel conducted an 02 NIK test on a sample of the recovered bales, which yielded positive results for

cocaine and marijuana. The bales' final at sea weight was 200 kilograms of cocaine and 1500 pounds of marijuana.

8. One of the individuals on the vessel claimed the vessel was of Ecuadorian nationality. USCG personnel asked Ecuador to verify the vessel as Ecuadorian. Through the form exchange, Ecuador could neither confirm nor deny the nationality of the vessel. As such, the vessel was treated without nationality.

9. The USCG subsequently detained all individuals who were on board the GFV. Two of the individuals claimed Colombian nationality and the other individual claimed Ecuadorian nationality. All three are currently en route to the Southern District of Florida with an expected arrival date range of January 22-24, 2021. At that point, they will be transferred to the custody of United States law enforcement.

[INTENTIONALLY LEFT BLANK]

10. Based on the foregoing facts, I submit that probable cause exists to believe that OBER WILMAR, JOSE ULIVAR CASTILLO GUERRERO and CLIMACO BOLIVAR IBARRA WASAMAND, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Joseph Dalessio
Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of
Federal Rule of Criminal Procedure 4.1 by  Face Time

This 23rd day of January, 2021.

_____
HONORABLE CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE